LAW OFFICES OF LOYST P. FLETCHER
Loyst P. Fletcher, SBN 175539
3660 Wilshire Boulevard, Suite 826
Los Angeles, California  90010
TEL: (213) 383-2105
FAX: (213) 383-3704
E/M: loyst@lpfletcherlaw.com

*JS-6*

**FILED: 3/14/2008**

Attorney(s) for Plaintiff(s):
NATALY KELLY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATALY KELLY, | Case No.: CV 07-6455 GHK (JCx) |
| Plaintiff(s), | |
| vs. | [Assigned for all purposes to the HON. GEORGE H. KING] |
| OMNI LINGUAL SERVICES, INC., d/b/a NETWORKOMNI; and MANUEL MENDOZA, | **[~~PROPOSED~~] ORDER** |
| Defendant(s). | **[Filed Concurrently with the parties Joint Stipulation of Dismissal]** |

**[PROPOSED] ORDER**

O:\GHK\Review\Proposed Order dismissal.wpd

# [PROPOSED] ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

The matter of *Nataly Kelly v. Omni Lingual Services, Inc., d/b/a NetworkOmni and Manuel Mendoza*, Case Number CV 07-6455 GHK (Jcx), is dismissed without prejudice, with each party bearing its own costs and attorneys fees.

IT IS SO ORDERED:

Dated:   3/14  , 2008

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT COURT JUDGE

---

2
**[PROPOSED] ORDER**

O:\GHK\Review\Proposed Order dismissal.wpd